## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

ALFREDA CHRISTIAN,         )
                             )
            Plaintiff,       )
                             )
vs.                             )    CIVIL NO. 09-235-GPM
                             )
WALGREEN COMPANY, d/b/a )
WALGREENS,                )
                             )
           Defendant.     )

## MEMORANDUM AND ORDER

**MURPHY, District Judge:**

Alfreda Christian filed a pro se complaint against Walgreen Company, her former employer, on March 26, 2009. In a nutshell, Christian claims she has been discriminated against because of her race. She seeks appointed counsel.

Christian has not sought in forma pauperis status (she paid the $350 filing fee), and she has not completed a financial affidavit. Moreover, even if she can show she is indigent, the Court is mindful that indigent *civil* litigants have no constitutional or statutory right to be represented by counsel in federal court. *Forbes v. Edgar*, 112 F.3d 262, 264 (7th Cir. 1997); *Dellenbach v. Hanks*, 76 F.3d 820, 823 (7th Cir. 1996). The motion for appointment of counsel (Doc. 2) is **DENIED**.

But there is another issue raised by the pro se complaint that must be addressed immediately. Christian alleges that she lives in Fort Wayne, Indiana, and she worked for Walgreen Company in California. Although Christian alleges that the principal place of business of Walgreen Company is in Deerfield, Illinois (summons was issued to a Deerfield address), the Court takes judicial notice

that Deerfield is located in Lake County, Illinois, within the federal judicial district for the Northern District of Illinois, Eastern Division. *See* 28 U.S.C. § 93. A careful review of the complaint shows no connection to the Southern District of Illinois.

While venue may be proper here, *see* 28 U.S.C. §1391(b) and (c), it does not appear to be convenient for anyone, including Christian. Accordingly, Christian shall, on or before **April 30, 2009**, file a written response explaining why this case belongs in the Southern District of Illinois or, in the alternative, file a motion to transfer the case to (1) the Northern District of Illinois, Eastern Division, (2) the Northern District of Indiana, Fort Wayne Division, or (3) another district court convenient to the parties and witnesses. *See* 28 U.S.C. § 1404(a).

**IT IS SO ORDERED.**

DATED: 03/30/09

s/ *G. Patrick Murphy*
G. Patrick Murphy
United States District Judge